PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Edward Lance | ) | Case No. 2:09CR20343-03-Ma |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Edward Lance, have discussed with Murray Fullner, Pretrial Services Officer, modification of my release conditions to include the following:

Undergo medical or mental health treatment if deemed advisable by Pretrial Services

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 9-15-09   _____ 9-22-09
Signature of Defendant        Date      Pretrial Services Officer      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____ 9/11/09
Signature of Defense Counsel   Date

[✓] The above modification of conditions of release is ordered, to be effective on 9-24-2009

[ ] The above modification of conditions of release is <u>not</u> ordered.

S/Charmiane G. Claxton   9-24-2009
Signature of Judicial Officer   Date